**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael E. POST, Defendant–Appellant.**

**No. 00–50591.**

**D.C. No. CR–00–00196–JTM.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 5, 2001.

Submission Withdrawn in Part June 18, 2001.

Resubmitted May 17, 2002.

Decided May 23, 2002.

Before D.W. NELSON, FERNANDEZ, and RYMER, Circuit Judges.

## ORDER RESUBMITTING

The issues withdrawn from submission on June 18, 2001, are hereby ordered resubmitted.

## SUPPLEMENTAL MEMORANDUM *

Michael E. Post appeals his conviction and sentence on charges of importation of marijuana and of possession of marijuana with intent to distribute. *See* 21 U.S.C. §§ 841, 952, 960. We affirm.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts

(1) On June 18, 2001, we vacated submission as to Post's claims under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). On that same date, we decided Post's other claims.

(2) We have rejected Post's assertion that the statutes under which he was convicted are unconstitutional. They are not. *See United States v. Buckland,* 289 F.3d 558, ——, ——, slip op. 6645, 6650 (9th Cir.2002) (en banc), *cert. denied,* —— U.S. ——, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002); *United States v. Mendoza–Paz,* 286 F.3d 1104, 1109–10 (9th Cir.2002);. We have also rejected his claim that the government was required to prove that he knew the quantity and type of the drugs involved in his offenses. It was not. *See United States v. Carranza,* 289 F.3d 634, ——, ——–——, slip op. 6531, 6546–47 (9th Cir.2002).

(3) Post's sentence was under the statutory maximum for an offense involving the lowest quantity of marijuana. *See* 21 U.S.C. §§ 841(b)(1)(D), 960(b)(4). Thus, his sentence of 27 months imprisonment and 3 years supervised release was proper. *See United States v. W. Coast Aluminum Heat Treating Co.,* 265 F.3d 986, 994 (9th Cir.2001); *United States v. Barragan,* 263 F.3d 919, 925–26 (9th Cir.2001); *United States v. Hernandez–Guardado,* 228 F.3d 1017, 1026–27 (9th Cir.2000); *cf. United States v. Nordby,* 225 F.3d 1053, 1062 (9th Cir.2000), *overruled on other grounds by Buckland,* 289 F.3d at ——, slip op. at 6660.

AFFIRMED.

of this circuit except as provided by Ninth Circuit Rule 36–3.